**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**REGENCY HOSPITAL COMPANY OF**                                           **PLAINTIFF**
**NORTHWEST ARKANSAS, LLC**

**v.**                            **CASE NO. 4:08-CV-04177 GTE**

**ARKANSAS BLUE CROSS AND BLUE SHIELD**                    **DEFENDANT**

## JUDGMENT

For the reasons stated in this Court's Memorandum Opinion and Order filed August 5, 2010,[1] IT IS HEREBY CONSIDERED, ORDERED AND ADJUDGED that all claims asserted by Plaintiff Regency Hospital Company of Northwest Arkansas, LLC, in its Amended Complaint be, and they are hereby, DISMISSED WITH PREJUDICE.

Dated this 11th day of February, 2011, nunc pro tunc August 5, 2010.

                                                    _/s/Garnett Thomas Eisele_____
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. no. 44.