IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

REGENCY HOSPITAL OF NORTHWEST
ARKANSAS LLC                                                        PLAINTIFF

VS.                    CASE NO. 4:08CV04177 GTE

ARKANSAS BLUE CROSS BLUE SHIELD                  DEFENDANT

## SATISFACTION OF JUDGMENT

The Judgment entered herein in favor of the above noted Defendant (Docket #55) is hereby satisfied in full.

Respectfully submitted,

ARKANSAS BLUE CROSS BLUE SHIELD,
A Mutual Insurance Company,

By Its Attorneys:

_/s/ Mark H. Allison_
Mark H. Allison
DOVER DIXON HORNE PLLC
Suite 3700
425 West Capitol Avenue
Little Rock, AR 72201

## CERTIFICATE OF SERVICE

I, Mark H. Allison, hereby certify that on the 9th day of March, 2011, I forwarded the foregoing pleading via the Court's electronic noticing system to:

Tim Cullen
Cullen & Co., PLLC
P.O. Box 3255
Little Rock, AR 72203

_/s/ Mark H. Allison_
Mark H. Allison